STEVEN B. WOLFSON
DISTRICT ATTORNEY
**CIVIL DIVISION**
By: **STEPHANIE A. BARKER**
Chief Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy., 5th Flr.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
Telephone: (702) 455-4761
Facsimile:  (702) 382-5178
Stephanie.Barker@ClarkCountyDA.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LEE CULLINS, SR.,<br><br>           Plaintiff,<br><br>     vs.<br><br>STEVE WOLFSON, Clark County District Attorney, and the CLARK COUNTY OFFICE OF THE DISTRICT ATTORNEY, FAMILY SUPPORT DIVISION,<br><br>           Defendants. | Case No:  2:12-cv-02121-RCJ-NJK |

## STIPULATION AND ORDER FOR
## DISMISSAL WITH PREJUDICE

COME NOW THE PARTIES, Plaintiff HENRY LEE CULLINS, SR., by and through his attorney NIKOLL NIKCI, ESQ., and Defendants STEVEN WOLFSON, Clark County District Attorney and the CLARK COUNTY OFFICE OF THE DISTRICT ATTORNEY, FAMILY SUPPORT DIVISION, by and through their attorney, Chief Deputy District Attorney STEPHANIE A. BARKER, and hereby stipulate that the foregoing matter may be dismissed, with prejudice, each party to bear their own attorney's fees and costs, on

/ / /

/ / /

/ / /

*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*
*Case No: 2:12-cv-02121-RCJ-NJK*

the terms set forth in the Settlement Agreement and Mutual Release of Claims attached hereto as Exhibit A, and by this reference incorporated herein.

DATED: April 2013.   DATED: April 18, 2013.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: _____
STEPHANIE A. BARKER
Chief Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy., 5th Flr.
P. O. Box 552215
Las Vegas, NV 89155-2215
*Attorney for Plaintiff Clark County*

THE NIKCI LAW GROUP, LTD.

By: _____
NIKOLL NIKCI, ESQ.
State Bar No. 10699
3651 Lindell Road, Suite D
Las Vegas, NV 89103
*Attorney for Plaintiff*

\*\*\*\*\*\*

## ORDER

IT IS SO ORDERED this 6th day of May, 2013.

_____
U. S. DISTRICT COURT JUDGE

# EXHIBIT "A"

# EXHIBIT "A"

STEVEN B. WOLFSON
DISTRICT ATTORNEY
**CIVIL DIVISION**
By: **STEPHANIE A. BARKER**
Chief Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy., 5th Flr.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
Telephone: (702) 455-4761
Facsimile:   (702) 382-5178
Stephanie.Barker@ClarkCountyDA.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LEE CULLINS, SR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 2:12-cv-02121-RCJ-NJK |
| STEVE WOLFSON, Clark County District Attorney, and the CLARK COUNTY OFFICE OF THE DISTRICT ATTORNEY, FAMILY SUPPORT DIVISION, | ) |
| Defendants. | ) |

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS

The Parties, Plaintiff HENRY LEE CULLINS, SR., through his attorney NIKOLL NIKCI, ESQ., and Defendants STEVEN WOLFSON, CLARK COUNTY DISTRICT ATTORNEY and the CLARK COUNTY OFFICE OF THE DISTRICT ATTORNEY, FAMILY SUPPORT DIVISION, through their attorney STEPHANIE A. BARKER, Chief Deputy District Attorney, hereby agree that the matter of <u>Henry Lee Cullins, Sr. vs. Clark County District Attorney and the Clark County Office of the District Attorney, Family Support Division</u>, United States District Court Case Number 2:12-cv-02121-RCJ-NJK (the "Litigation") shall be fully and finally resolved, inclusive of claims for attorney's fees and costs, as set forth in this Settlement Agreement and Release of All Claims (the "Agreement/Release").

Defendants shall make a one-time monetary payment to the Plaintiff in the total amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($7,500.00). This settlement payment is contingent upon Defendants' receipt of executed United States Department of the Treasury IRS W-9 Forms for both Plaintiff and his counsel, and will be payable by Defendants within 10 business days of Defendants' receipt of the executed W-9's, along with this Agreement/Release executed by Plaintiff and Plaintiff's counsel. The settlement payment will then be exchanged for a Stipulation to Dismiss this action with prejudice, executed by Plaintiff's counsel.

This Agreement/Release is intended to, and does hereby, fully and finally mutually resolve all causes of action set forth in the Litigation for the sole consideration set forth herein.

Without any admission of fault or liability, it is the intention of the parties hereto to mutually settle and dispose of, fully and completely, any and all claims, demands, obligations, damage, liability and causes of action asserted in or arising out of the events described in the Litigation.

For the sole consideration set forth herein, Plaintiff, for himself individually, his heirs, executors, administrators, successors and assigns, unconditionally releases the Defendants and each and all of their departments, governing bodies, governing officials, insurers, agents, servants, representatives, employees, past, present and/or future, predecessors and successors in interest, and all other persons or entities connected therewith including any and all of their employers and employees, past and present (collectively the Releasees), from any and all claims or causes of action, both known and unknown, asserted or unasserted in the Litigation, arising out of, or which could have arisen out of the events described in or related to the Complaint on file therein, for the express purpose of precluding any future or additional claims against Releasees for any damages or costs arising out of events related to either the Litigation or this Agreement/Release.

For the sole consideration set forth herein, Defendants agree to refrain from further collection action against Plaintiff related to claims for collection of unpaid child support that were discharged as satisfied by the United States Bankruptcy Court, Southern District of Indiana, Indianapolis Division, in Case No. 05-13727-AJM-13.

///

///

It is acknowledged that this Agreement/Release sets forth the full and complete agreement between the parties hereto, and there are no independent, collateral, different, additional or other understandings or agreements, oral or written, or obligations to be performed, things to be done, or payments to be made by any of the parties hereto.

It is further acknowledged that this Agreement/Release is entered into because the parties hereto wish to resolve their differences, to avoid the expense and inconvenience of any further litigation of this action, and that this Agreement/Release reflects settlement of contested claims without an admission of any liability of any kind as between these parties.

This Agreement shall be construed, interpreted and enforced in accordance with the laws of the State of Nevada, and shall not be construed against any party on the basis that its attorney drafted the Agreement.

DATED this 29th day of April, 2013.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Stephanie A. Barker
STEPHANIE A. BARKER
Chief Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy., 5th Flr.
Las Vegas, Nevada  89155-2215
*Attorney for Defendant Clark County*

DATED this 18 day of Apr, 2013.

THE NIKCI LAW GROUP, LTD

By: /s/ Nikoll Nikci
NIKOLL NIKCI, ESQ.
State Bar No. 10699
3651 Lindell Road, Suite D.
Las Vegas, NV  89103
*Attorney for Plaintiff*

DATED this 18 day of Ap, 2013.

CLARK COUNTY

By: /s/ George W. Stevens
GEORGE STEVENS
Chief Financial Officer

DATED this 28 day of MARCH, 2013.

PLAINTIFF

By: /s/ Henry Lee Cullins, Sr.
HENRY LEE CULLINS, SR.

C:\Users\SKDLaw\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\FDODI1JX\SA Release - Draft (3).doc

Page 3 of 4

# ACKNOWLEDGMENT

STATE OF Indiana    )
                    ) ss:
COUNTY OF Marion    )

On this 28th day of March 2013, before me, the undersigned Notary Public in and for the County of Marion, State of Indiana, personally appeared HENRY LEE CULLINS, SR., known to me or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the foregoing SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS, in United States District Court, District of Nevada, Case No. 2:12-cv-02121-RCJ-NJK; HENRY LEE CULLINS, SR. acknowledged to me that he executed the same freely and voluntarily, without duress or coercion of any kind, and for the uses and purposes therein mentioned.

Beth Ann Adams
NOTARY PUBLIC in and
for said County and State

BETH ANN ADAMS
Johnson County
My Commission Expires
June 23, 2019